UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-2510</u> & <u>24-2968</u>

Novo Norodisk, Inc. v. Secretary U.S. Dep't of Health & Human Servs.
(D.N.J. No. 3:23-cv-20814)

Novartis Pharmaceuticals Corp. v. Secretary U.S. Dep't of Health & Human Servs.
(D.N.J. No. 3:23-cv-14221)

To:     Clerk

1)     Appellant Novartis's "Request for Oral Argument and Unopposed Motion to Schedule Argument for April 8, 2025, to Align with Related Case"

---

       At the direction of the Court, the appeal at No. 24-2968 will be calendared for oral argument on April 8, 2025. The appeals at Nos. 24-2510 and 24-2968 will be consolidated for disposition. Any objection by Novo Norodisk, Inc. to this order must be filed within 10 days.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: February 25, 2025
Lmr/cc: All Counsel of Record