**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. __24-2968__

Novartis Pharmaceuticals Corp    vs.    Secretary United States Dep't of Health and Human Services

Calendar Date __4/8/2025__      Location __Pittsburgh, PA__

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: __Catherine Padhi__

Designation of Arguing Counsel: __Catherine Padhi__

Member of the Bar:    ☐ Yes    ☑ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Secretary United States Dep't of Health and Human Services

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)