OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U̲NITED S̲TATES C̲OURT OF A̲PPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 3, 2025

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: Novartis Pharmaceuticals Corp v. Secretary United States Department of Health, et al
Case Number: 24-2968
District Court Case Number: 3:23-cv-14221

Dear District/Bankruptcy Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

Very truly yours,

Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: Maxwell A. Baldi, Esq.
Hannah W. Brennan, Esq.
Alyssa H. Card, Esq.
Samir Deger-Sen, Esq.

Margaret Dotzel, Esq.
Cherish A. Drain, Esq.
Christina R. Gay,
Brianne J. Gorod, Esq.
Graham B. Haviland, Esq.
Nandan M. Joshi, Esq.
Nikita Kansra, Esq.
Flavio L. Komuves, Esq.
Michael D. Lieberman, Esq.
Daniel Meron, Esq.
Julie Nepveu, Esq.
Michael S. Raab, Esq.
William B. Schultz, Esq.
Robin F. Thurston, Esq.