UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2968
_____

NOVARTIS PHARMACEUTICALS CORP.,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE & MEDICAID
SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; SECRETARY
UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES
DEPARTMENT OF THE TREASURY; COMMISSIONER INTERNAL REVENUE
SERVICE; INTERNAL REVENUE SERVICE
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-14221)
District Judge: Honorable Zahid N. Quraishi
_____

Argued on April 8, 2025

Before: HARDIMAN, PHIPPS, and FREEMAN, *Circuit Judges*.
_____

JUDGMENT
_____


This cause came to be considered on the record from the United States District Court
for the District of New Jersey and was argued on April 8, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the
judgment of the District Court entered on October 18, 2024, is hereby AFFIRMED. All of
the above in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 11, 2025

Certified as a true copy and issued in lieu
of a formal mandate on __Novemeber 3,__ 2025

Teste: _Patricia A. Dodszuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**